# EXHIBIT A

## J L French Corporate Account Structure

# J.L. FRENCH CORP
# ACCOUNT STRUCTURE



**J.L. French Corp –**
**"J.L.FC Sheboygan**
**Hourly Payroll Account"**
**WF: 4900811238**

**J.L. French – Allotech**
**"Allotech Payroll**
**Account"**
**WF: 4900806188**

**J.L.FR, Inc**
**"J.L.FR, Inc. - AR**
**Factoring Account"**
**WF: 4121044838**

**Allotech International,**
**Inc – Ocean**
**Manufacturing, Inc.**
**"Joint Trust Account"**
**WF: 1822150**

**J.L. French Corp**
*Main Operating Account*
**WF: 4121057608**
•Attached Money Market for overnight investment of excess cash - same account number.

**J.L. French – Benton Harbor**
**"Benton Harbor Primary Account"**
**JP Morgan Chase #**
**890000085030**

**J.L. French Corp –**
**J.L.FAC Glasgow**
**"J.L.F Glasgow Account"**
**BB&T # 5181349648**

**J.L. French Automotive Castings**
**Inc**
**"The Debtors' Holding Account"**
**WF: 4121058366**

**Nelson Metal Products Corp**
**"NMPC Account"**
**WF: 4121064638**
•Attached Money Market for overnight investment of excess cash - same account number.

**Allotech International Inc**
**"Allotech Account"**
**WF: 4121064620**