## EXHIBIT B

**Debtors' Bank Accounts**

## BANK ACCOUNTS OF THE DEBTORS[1]

| Debtor | Bank | Address | Acct. No. | Account Purpose |
|---|---|---|---|---|
| Allotech International, Inc. | Wells Fargo | Wisconsin | 4900806188 | Payroll |
| J.L. French Corporation | Wells Fargo | Wisconsin | 4900811238 | Payroll |
| J.L. French Corporation | Wells Fargo | Wisconsin | 4121057608 | "Main Operating" |
| J.L. French Automotive Castings, Inc. | Wells Fargo | Wisconsin | 4121058366 | Holding Account |
| Allotech International, Inc. | Wells Fargo | Wisconsin | 4121064620 | A/P & Payroll |
| Nelson Metal Products Corporation | Wells Fargo | Wisconsin | 4121064638 | A/P Checking |
| Allotech International, Inc. | Wells Fargo Trust Services | Minnesota | 1822150 | Trust Account |
| Nelson Metal Products Corporation | Branch Banking & Trust | Delaware | 5181349648 | Payroll |
| Shoreline Industries, Inc. | JP Morgan Chase Bank | Michigan | 890000085030 | A/P & Payroll |

---

[1] The JLFR, Inc. Factoring Account, which is discussed in paragraph 7(h) of the Motion and diagramed in Exhibit A, is a non-debtor account. For purposes of disclosure, the account is held with Wells Fargo Bank, N.A. in the State of Wisconsin. It bears account number 4121044838.